United States District Court
Southern District of Texas
**ENTERED**
January 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00038 |
| | § | |
| EXPORT PRO INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER GRANTING DISMISSAL WITH PREJUDICE</u>

Before the Court is the parties' "Joint Stipulation of Dismissal" (Dkt. No. 27). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against all Defendants are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on  January 8, 2024.

_____
Rolando Olvera
United States District Judge